# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>*Plaintiff,*<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR,<br><br>*Defendant.* | Civil Action No.: 20-0221 (JEB) |

## JOINT STATUS REPORT

Pursuant to this Court's May 29, 2020 Order, the Parties provide the following status report:

1. This matter arises out of a Freedom of Information Act ("FOIA") request that Plaintiff submitted to Defendant on October 7, 2019. *See* Compl. ¶ 2. In it, Plaintiff requested certain records "about the Tusayan Stilo development near the Grand Canyon[.]" *Id.* ¶ 31.

2. In the Parties' previous status report, Defendant stated that it had completed all but one search. Defendant has now completed that outstanding search, which identified approximately 1,531 pages of potentially responsive records.

3. As previously reported, the Parties agreed that Defendant would process records on a rolling basis, reviewing 500 pages of records per month, and releasing all responsive, non-exempt records reviewed in a given month on the third Friday of the month.

4. For its April 16, 2020 release, Defendant reviewed 508 pages of potentially responsive records, and produced 257 pages, of which 25 pages were released in part with portions

withheld pursuant to FOIA exemptions 6 and 7(C). Additionally, 229 pages were identified as requiring consultations with other agencies and 22 pages were determined to be non-responsive.

5. For its May 13, 2020 release, Defendant reviewed 642 pages of potentially responsive records, and produced 31 pages, of which 2 pages were released in part with portions withheld pursuant to FOIA exemptions 6 and 7(C). Additionally, 233 pages were identified as requiring consultations with other agencies and 378 pages were determined to be non-responsive. Further, in this release, Defendant informed Plaintiff that the 229 pages identified for consultation in the April 2020 release were determined to be non-responsive.

6. For its June 18, 2020 release, Defendant reviewed 548 pages of potentially responsive records and produced 11 pages in full. Of those pages released on June 18, 2020, 5 pages were reviewed in May but were inadvertently omitted from the May release. Additionally, 19 pages were identified as requiring consultations with other agencies and 523 pages were determined to be non-responsive.

7. Accordingly, there are currently 252 pages of records pending consultation and 983 pages of records remaining for processing. Under the agreed-upon schedule, Defendant's next release will be issued to Plaintiff by July 17, 2020.

8. The Parties propose that they file another joint status report by July 29, 2020, updating the Court on the status of Defendant's processing.

June 29, 2020                                     Respectfully submitted,

                                                        MICHAEL R. SHERWIN
                                                       Acting United States Attorney

                                                       DANIEL F. VAN HORN
                                                       D.C. Bar #924092
                                                       Chief, Civil Division

By:     */s/ Brian J. Field*
            BRIAN J. FIELD
            D.C. Bar #985577
            Assistant United States Attorney
            555 4th Street, N.W.
            Washington, D.C. 20530
            Tel: (202) 252-2551
            E-mail: Brian.Field@usdoj.gov

            *Counsel for Defendant*

            */s/ Douglas W. Wolf*
            Douglas W. Wolf (D.C. Bar No. 481046)
            Center for Biological Diversity
            1411 K Street NW, Suite 1300
            Washington, DC 20005
            (202) 510-5604
            dwolf@biologicaldiversity.org

            *Counsel for Plaintiff*